1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102
   Telephone: (415) 436-7124
6  Fax: (415) 436-7169
   Email: ila.deiss@usdoj.gov
7
   TONY WEST
8  Assistant Attorney General, Civil Division
   DAVID J. KLINE
9  Director
   JOSHUA E.T. BRAUNSTEIN
10 Assistant Director
   LANA VAHAB (DC 976203)
11 Trial Attorney
   Office of Immigration Litigation
12 Civil Division, Justice Department
   P.O. Box 878, Ben Franklin Station
13 Washington, D.C.  20044
   Tel: (202) 532-4067
14 Fax: (202) 305-7000
   Email: lana.vahab@usdoj.gov
15
   Attorneys for the United States

16
17                       UNITED STATES DISTRICT COURT

18                      NORTHERN DISTRICT OF CALIFORNIA

19                             SAN FRANCISCO DIVISION

20  LEMAR SANTANA NASIR,                )
                                        )   No. C 10-0656 EMC
          Plaintiff,                    )
21                                      )
22        v.                            )
                                        )   **PARTIES' JOINT REQUEST TO BE**
23  JANET NAPOLITANO, Secretary of the  )   **EXEMPT FROM FORMAL ADR**
    Department of Homeland Security;    )   **PROCESS; AND [PROPOSED] ORDER**
    ALEJANDRO MAYORKAS, Director of the )
24  Department of Homeland Security, United )
    States Citizenship and Immigration Services, )
25                                      )
          Defendants.                   )
26  _____)

27     Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

28  Resolution Procedures in the Northern District of California," or the specified portions of the ADR

    Request for ADR Exemption
    C 10-0656 EMC                              1

1 | Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution
2 | options provided by the court and private entities, and considered whether this case might benefit
3 | from any of them.
4 |     Here, the parties agree that referral to a formal ADR process will not be beneficial because this
5 | action is limited to Plaintiff's request that this Court issue a declaratory judgment recognizing his
6 | derivative United States citizenship and ordering the issuance of a certificate of citizenship.  Given
7 | the substance of the action and the lack of any potential middle ground, ADR will only serve to
8 | multiply the proceedings and unnecessarily tax court resources.
9 |     Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the
10 | ADR Multi-Option Program and that they be excused from participating in the ADR phone
11 | conference and any further formal ADR process.  If any party subsequently determines that
12 | submission to the formal ADR process would be beneficial to the efficient resolution of this
13 | matter, the parties agree to submit to the Court's ADR program at that time.

Dated: May 5, 2010

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
LANA VAHAB
Trial Attorney

Attorneys for Defendants

Dated: May ___, 2010

_____
JASON H. LEE
Attorney for Plaintiff

Request for ADR Exemption
C 10-0656 EMC                                                          2

**ORDER**

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process. Should any party subsequently determine that submission to the formal ADR process would be beneficial to the efficient resolution of this matter, that party may request placement in one of the Court's ADR programs at that time.

**SO ORDERED.**

Dated: May 11, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge



Request for ADR Exemption
C 10-0656 EMC                                    3