JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
Fax: (415) 436-7169
Email: ila.deiss@usdoj.gov

TONY WEST
Assistant Attorney General, Civil Division
DAVID J. KLINE
Director
JOSHUA E.T. BRAUNSTEIN
Assistant Director
LANA VAHAB (DC 976203)
Trial Attorney
Office of Immigration Litigation
Civil Division, Justice Department
P.O. Box 868, Ben Franklin Station
Washington, D.C.  20044
Tel: (202) 532-4067
Fax: (202) 305-7000
Email: lana.vahab@usdoj.gov

Attorneys for the Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

LEMAR SANTANA NASIR,                                )
                                                    )   No. C 10-0656 EMC
                    Plaintiff,                       )
                                                    )
        v.                                          )   **STIPULATION TO RESET HEARING**
                                                    )   **ON PARTIES' MOTION FOR**
JANET NAPOLITANO, Secretary of the                  )   **SUMMARY JUDGMENT; and**
Department of Homeland Security;                    )   **[PROPOSED] ORDER**
ALEJANDRO MAYORKAS, Director of the                 )
Department of Homeland Security, United             )
States Citizenship and Immigration Services,        )   Date: August 11, 2010
                                                    )   Time: 10:30 a.m.
                    Defendants.                      )
_____        )

    The Plaintiff, by and through his attorney of record, and Defendants, by and through their

attorneys of record, hereby stipulate to reset the hearing date on the parties' motion for summary

1   judgment currently scheduled for August 11, 2010 to September 15, 2010, as the parties are

2   actively trying to resolve this matter without further litigation.

3       The parties agree that rescheduling the hearing date will have no effect on the scheduling of

4   other aspects of the proceedings, and shall not impact the timing of, or any party's ability to

5   propound or duty to respond to discovery requests.

6       The parties propose the following briefing schedule:

7           Defendants' Opposition:        August 18, 2010
                and cross-motion
8           Plaintiff's Reply              ~~September 1, 2010~~ August 25, 2010.
                and opposition
9           Defendants' Reply              September 1, 2010

10  Dated: July 14, 2010                          Respectfully submitted,

11                                                JOSEPH P. RUSSONIELLO
                                                  United States Attorney
12

13                                                _____/s/_____
                                                  ILA C. DEISS[1]
14                                                Assistant United States Attorney
                                                  Attorneys for Defendants
15

16  Dated: July 14, 2010                          _____/s/_____
17                                                JASON H. LEE
                                                  Attorney for Plaintiff
18

19

20                                    **ORDER**

21      Based on the foregoing, the hearing on the parties' motion for summary judgment is reset to

22  September 15, 2010 at ~~10:30 a.m.~~   3:00 p.m.

23  Dated:     July 15, 2010

24                                                IT IS SO ORDERED
                                                  AS MODIFIED
25

26                                                Judge Edward M. Chen

27  _____
        [1]  I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures
28  indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Reset Hearing
C 10-0656 EMC                                2