JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
Fax: (415) 436-7169
Email: ila.deiss@usdoj.gov

TONY WEST
Assistant Attorney General, Civil Division
DAVID J. KLINE
Director
JOSHUA E.T. BRAUNSTEIN
Assistant Director
LANA VAHAB (DC 976203)
Trial Attorney
Office of Immigration Litigation
Civil Division, Justice Department
P.O. Box 868, Ben Franklin Station
Washington, D.C.  20044
Tel: (202) 532-4067
Fax: (202) 305-7000
Email: lana.vahab@usdoj.gov

Attorneys for the Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEMAR SANTANA NASIR, | No. C 10-0656 EMC |
| Plaintiff, | AMENDED |
| v. | **STIPULATION TO RESET HEARING ON PARTIES' MOTION FOR SUMMARY JUDGMENT; and [PR~~OPO~~SED] ORDER** |
| JANET NAPOLITANO, Secretary of the Department of Homeland Security; ALEJANDRO MAYORKAS, Director of the Department of Homeland Security, United States Citizenship and Immigration Services, | |
| Defendants. | Date: August 11, 2010<br>Time: 10:30 a.m. |

The Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate to reset the hearing date on the parties' motion for summary

Stipulation to Reset Hearing
C 10-0656 EMC                                                                  1

1  judgment currently scheduled for August 11, 2010 to September 15, 2010, as the parties are
2  actively trying to resolve this matter without further litigation.
3      The parties agree that rescheduling the hearing date will have no effect on the scheduling of
4  other aspects of the proceedings, and shall not impact the timing of, or any party's ability to
5  propound or duty to respond to discovery requests.
6      The parties propose the following briefing schedule:
7           Defendants' Opposition:    August 18, 2010
8           Plaintiff's Reply          September 1, 2010

10 Dated: July 14, 2010                    Respectfully submitted,
11                                         JOSEPH P. RUSSONIELLO
                                           United States Attorney
13                                         _____/s/_____
                                           ILA C. DEISS[1]
14                                         Assistant United States Attorney
                                           Attorneys for Defendants

16 Dated: July 14, 2010                    _____/s/_____
17                                         JASON H. LEE
                                           Attorney for Plaintiff

19                                  **ORDER**
20      Based on the foregoing, the hearing on the parties' motion for summary judgment is reset to
21 September 15, 2010 at ~~10:30 a.m.~~   3:00 p.m.

23 Dated:   7/15/10                        _____
                                           EDWARD M. CHEN
24                                         United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Reset Hearing
C 10-0656 EMC                              2