JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
Fax: (415) 436-7169
Email: ila.deiss@usdoj.gov

TONY WEST
Assistant Attorney General, Civil Division
DAVID J. KLINE
Director
JOSHUA E.T. BRAUNSTEIN
Assistant Director
LANA VAHAB (DC 976203)
Trial Attorney
Office of Immigration Litigation
Civil Division, Justice Department
P.O. Box 868, Ben Franklin Station
Washington, D.C.  20044
Tel: (202) 532-4067
Fax: (202) 305-7000
Email: lana.vahab@usdoj.gov

Attorneys for the Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEMAR SANTANA NASIR,<br><br>  Plaintiff,<br><br>  v.<br><br>JANET NAPOLITANO, Secretary of the Department of Homeland Security; ALEJANDRO MAYORKAS, Director of the Department of Homeland Security, United States Citizenship and Immigration Services,<br><br>  Defendants. | No. C 10-0656 EMC<br><br>**STIPULATION TO DISMISS; and [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

Stipulation to Dismiss; and [proposed] Order
C 10-0656 EMC

1 action as moot.

2     The parties also request that the Court vacate the hearing on Plaintiff's motion for summary
3 judgment currently scheduled for September 15, 2010.

4     Each of the parties shall bear their own costs and fees.

5 Dated: August 11, 2010                           Respectfully submitted,

6                                                  JOSEPH P. RUSSONIELLO
                                                 United States Attorney

7

8                                                  _____/s/_____
                                                 ILA C. DEISS[1]
9                                                  Assistant United States Attorney
                                                 Attorneys for Defendants

10

11

12

13 Dated: August 12, 2010                           _____/s/_____
                                                 JASON H. LEE
14                                                  Attorney for Plaintiff

15

16                                      **ORDER**

17     Pursuant to stipulation, IT IS SO ORDERED.

18

19

20 Dated:   8/16/10                                  _____
                                               EDWARD M.
                                               United States M

21

22

23

24

25

26

---

27     [1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures
28 indicated by a "conformed" signature (/s/) within this e-filed document.

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*